# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Callie Opsahl,                                            Civil No. 09-2511 (RHK/JJG)

      Plaintiff,                                         **ORDER**

vs.

NCB Management Services, Inc., Victoria D.
Waite and Louis W. Shakitz,

      Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 8), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 9, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge